Filed 10/23/25  In re Perysian CA5

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| In re | F090381 |
|---|---|
| DAVID ALLEN PERYSIAN, | (Kern Super. Ct. No. SF017494A) |
| On Habeas Corpus. | **OPINION** |

### THE COURT*

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

David Allen Perysian, in propria persona, for Petitioner.

Rob Bonta, Attorney General, and Max Feinstat, Deputy Attorney General, for Respondent.

-ooOoo-

This petition seeks a belated appeal from a December 6, 2024 judgment rendered in the Kern County Superior Court.  Petitioner urges this court to apply the constructive filing doctrine to permit such a belated filing.

---

\*       Before Levy, A. P. J., Franson, J. and Fain, J.†

†       Judge of the Fresno Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

In response to this court's request to file an informal response, the Attorney General does not oppose petitioner's requested relief. Pursuant to the Attorney General's response, this court may grant relief without further proceedings. (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

In addition to the Attorney General's nonopposition, petitioner demonstrates to this court's satisfaction that his forthcoming notice of appeal should be deemed timely filed under the constructive filing doctrine. (*In re Benoit* (1973) 10 Cal.3d 72.) We accordingly grant petitioner's request to file a belated notice of appeal.

## **DISPOSITION**

Petitioner is directed to file, on or before 60 days from the date of this opinion, a notice of appeal in the Kern County Superior Court action No. SF017494A.

Let a writ of habeas corpus issue directing the Clerk of the Kern County Superior Court to file in its action No. SF017494A said notice of appeal, to deem the notice of appeal timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives such notice on or before 60 days from the date of this opinion.

This opinion is final forthwith as to this court.